NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**STEVEN T. WALTNER,**
*Plaintiff-Appellant,*

AND

**SARAH V. WALTNER,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5105

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-225, Judge Marian Blank Horn.

---

**ON MOTION**

---

**ORDER**

Steven T. Waltner and Sarah V. Waltner file a motion for writ of mandate to the Clerk of the United States Court of Federal Claims to submit to this court as part of the record on appeal, the complaint and its exhibits.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

FEB 1 0 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Steven T. Waltner
Sarah V. Waltner
Steven K. Uejio, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2012

- JAN HORBALY
CLERK